```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THOR SHIPPING A/S,                  :
                                    :
                    Plaintiff,      :   08 Civ. 8856 (LAP)
                                    :
        -against-                   :   ORDER
                                    :
GLOBAL STEEL HOLDING SPV AMC INC.,  :
                                    :
                    Defendant.      :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/10

LORETTA A. PRESKA, Chief United States District Judge:

The hearing scheduled in this matter for April 13, 2010 is adjourned <u>sine die</u>.

SO ORDERED.

Dated:   New York, New York
         April 8, 2009

_____
LORETTA A. PRESKA,
CHIEF U.S.D.J.

1